CREATIVE HOME BUILDERS, INC. *v.*
JAMES S. NOGA ET AL.
(4952)

HULL, DALY and BIELUCH, Js.

Submitted on briefs December 12—released December 16, 1986

*Charles C. Greenwald* filed a brief for the appellants (defendants).

*Thomas M. Kablik* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.